# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | FBHY00JP |
| Officer Name | King |
| Officer No. | 533 |

FBHY00JP

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/05/2023 14:55
**Offense Charged:** FED 36 CFR 261.9A
**Place of Offense:** Edwards Road / Daniel Boone Nation Forest
**Offense Description: Factual Basis for Charge:** 36 CFR 261.9A – DAMAGE PROPERTY
**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Ridener
**First Name:** Douglas
**M.I.:** C
**Street Address:** [redacted]
**City:** Parkers Lake
**State:** KY
**Zip Code:** 42634
**Date of Birth (mm/dd/yyyy):** [redacted] 1968
**Drivers License No.:** R90085480
**CDL:** ☐
**D.L. State:** KY
**Social Security No.:** [redacted] 0992

☒ Adult  ☐ Juvenile  Sex ☒ M  ☐ F
Race: _  Hair: _  Eyes: _  Height: _  Weight: _

### VEHICLE
**VIN:**  **CMV:** ☐
**Tag No.:** _  **State:** _  **Year:** _  **Make/Model:** /  **PASS:** ☐  **Color:** _

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| Forfeiture Amount | |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street, London, Kentucky 40507
**Date (mm/dd/yyyy):** 05/20/2025
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHY00JP

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/05/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/05/2023                      *[signature]*
              Date (mm/dd/yyyy)            Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)            U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                     CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | FBHY00JQ |
| Officer Name | King |
| Officer No. | 533 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/05/2023 14:55 |
| Offense Charged | FED 36 CFR 261.13 |
| Place of Offense | Edwards Road / Daniel Boone Nation Forest |
| Offense Description: Factual Basis for Charge | 36 CFR 261.13 - MOTOR VEH USE OTH DESIGNA |
| HAZMAT | ☐ |

FBHY00JQ

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Phone: | |
| Last Name | Ridener |
| First Name | Douglas |
| M.I. | C |
| Street Address | [redacted] |
| City | Parkers Lake |
| State | KY |
| Zip Code | 42634 |
| Date of Birth (mm/dd/yyyy) | [redacted]968 |
| Drivers License No. | R90085480 |
| CDL | ☐ |
| D.L. State | KY |
| Social Security No. | [redacted]0992 |

[X] Adult  [ ] Juvenile   Sex [X] M [ ] F

Race: _   Hair: _   Eyes: _   Height: _   Weight: _

### VEHICLE
VIN: _   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| Forfeiture Amount | |
| Processing Fee | $ 30.00 |
| Total Collateral Due | |

PAY THIS AMOUNT

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Field | Value |
|---|---|
| Court Address | 310 South Main Street, London, Kentucky 40507 |
| Date (mm/dd/yyyy) | 05/20/2025 |
| Time (hh:mm) | 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHY00JQ

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/05/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/05/2023  *[signature: Ralph B. King]*
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | FBHY00JR |
| Officer Name | King |
| Officer No. | 533 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/05/2023 14:55
**Offense Charged:** FED 36 CFR 261.10A
**Place of Offense:** Edwards Road / Daniel Boone Nation Forest
**Offense Description: Factual Basis for Charge:** 36 CFR 261.10A - CONSTRUCTING
**HAZMAT:** ☐

FBHY00JR

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Ridener
**First Name:** Douglas
**M.I.:** C
**Street Address:** [redacted]
**City:** Parkers Lake
**State:** KY
**Zip Code:** 42634
**Date of Birth (mm/dd/yyyy):** [redacted] 1968
**Drivers License No.:** R90085480
**CDL:** ☐
**D.L. State:** KY
**Social Security No.:** [redacted] 0992

[X] Adult    [ ] Juvenile    Sex [X] M [ ] F
Race / Hair / Eyes / Height / Weight

### VEHICLE
**VIN:**
**CMV:** ☐
Tag No. / State / Year / Make/Model / PASS ☐ / Color

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

**Forfeiture Amount:**
**Processing Fee:** $ 30.00
**Total Collateral Due:**

PAY THIS AMOUNT

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street, London, Kentucky 40507
**Date (mm/dd/yyyy):** 05/20/2025
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHY00JR

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/05/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/05/2023                           *[signature]*
              Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                      CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: **KE21**

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBHY00JS | King | 533 |

FBHY00JS

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 09/05/2023 14:55
Offense Charged: FED 36 CFR 261.6E

Place of Offense: Edwards Road / Daniel Boone Nation Forest

Offense Description: Factual Basis for Charge
36 CFR 261.6E - UNIDENTIFIED PRODUCT

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Ridener | Douglas | C |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parkers Lake | KY | 42634 | [redacted]968 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| R90085480 | ☐ | KY | [redacted]0992 |

[X] Adult  [ ] Juvenile   Sex [X] M  [ ] F

Race: _  Hair: _  Eyes: _  Height: _  Weight: _

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 310 South Main Street, London, Kentucky 40507
Date (mm/dd/yyyy): 05/20/2025
Time (hh:mm): 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBHY00JS

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/05/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/05/2023                    *[signature]*
              Date (mm/dd/yyyy)             Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)             U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                    CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

**CVB Location Code:** KE21

**Violation Number:** FBHY00JT
**Officer Name:** King
**Officer No.:** 533

FBHY00JT

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/05/2023 14:55
**Offense Charged:** FED 36 CFR 261.6A

**Place of Offense:** Edwards Road / Daniel Boone Nation Forest

**Offense Description: Factual Basis for Charge:**
36 CFR 261.6A - CUTTING OR DAMAGING TREES

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Ridener
**First Name:** Douglas
**M.I.:** C

**Street Address:** [redacted]

**City:** Parkers Lake
**State:** KY
**Zip Code:** 42634
**Date of Birth (mm/dd/yyyy):** [redacted] 1968

**Drivers License No.:** R90085480
**CDL:** ☐
**D.L. State:** KY
**Social Security No.:** [redacted] 0992

[X] Adult  [ ] Juvenile   **Sex:** [X] M  [ ] F
Race: | Hair: | Eyes: | Height: | Weight:

### VEHICLE
**VIN:**   **CMV:** ☐

**Tag No.:** | **State:** | **Year:** | **Make/Model:** / | **PASS** ☐ | **Color:**

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**Forfeiture Amount**
**Processing Fee:** $ 30.00
**Total Collateral Due**

PAY THIS AMOUNT

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 310 South Main Street, London, Kentucky 40507
**Date (mm/dd/yyyy):** 05/20/2025
**Time (hh:mm):** 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHY00JT

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  09/05/2023  while exercising my duties as a law enforcement officer in the  Eastern  District of  KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  09/05/2023  *[signature]*
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | FBHY00JU |
| Officer Name | King |
| Officer No. | 533 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| | |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/05/2023 14:55 |
| Offense Charged | FED 36 CFR 261.6H |
| Place of Offense | Edwards Road / Daniel Boone Nation Forest |
| Offense Description: Factual Basis for Charge | 36 CFR 261.6H - REMOVING TIMBER |
| HAZMAT | ☐ |

FBHY00JU

### DEFENDANT INFORMATION

| | | |
|---|---|---|
| Last Name | Ridener | |
| First Name | Douglas | |
| M.I. | C | |
| Phone: | | |
| Street Address | ▮▮▮▮▮ | |
| City | Parkers Lake | |
| State | KY | |
| Zip Code | 42634 | |
| Date of Birth (mm/dd/yyyy) | ▮▮▮/1968 | |
| Drivers License No. | R90085480 | |
| CDL | ☐ | |
| D.L. State | KY | |
| Social Security No. | ▮▮▮▮0992 | |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F
Race __ Hair __ Eyes __ Height __ Weight __

### VEHICLE
VIN: ____   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| Forfeiture Amount | |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| | |
|---|---|
| Court Address | 310 South Main Street, London, Kentucky 40507 |
| Date (mm/dd/yyyy) | 05/20/2025 |
| Time (hh:mm) | 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHY00JU

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   09/05/2023   while exercising my duties as a law enforcement officer in the   Eastern   District of   KY

Pursuant to 16USC 551: On September 5, 2023, United States Forest Service responded to the Edwards Branch area of Pulaski County, Ky, of the Daniel Boone National Forest, within the boundary of the Eastern District of Kentucky. U.S Forest Service staff observed Timothy STANTON and Jason STIGALL cutting large portions of timber within the Daniel Boone National Forest. Law Enforcement arrived on scene and found through investigation that Douglas RIDENER had already left the area but was also involved with the illegally cut timber. United States Forest Service Law Enforcement and Investigation Special Agent Bryce KING was assigned the case. Further investigation found that over 166 trees had been cut with an assessed value of $25,644.17. Multiple skid roads had also been put in place on National Forest Property with an assed erosion control value of $29,660. SA KING interviewed STANTON, STIGALL, and RIDENER. All of which confessed to cutting and removing the timber from National Forest Property. RIDENER, STIGALL, and STANTON all advised they thought they were on private property. RIDENER, STIGALL, and STANTON were charged with Cutting or Damaging timber not authorized by permit or contract, pursuant to 36 CFR 261.6a; Removing undesignated timber or Forest product without authorization, pursuant to 36 CFR 261.6e; Damaging, mutilating, destroying or removing property and natural features, pursuant to 36 CFR 261.9a; Constructing, placing, or maintaining a road, trail, fence, etc. without permit, pursuant to 36 CFR 261.10a; Removing undesignated timber, tree or other Forest product without a permit, contract or legal authorization, Pursuant to 36 CFE 261.6h; and Prohibited possession or operation of motor vehicle on NFS Lands, pursuant to 36 CFR 261.13. Please reference case 23-08-I0BH004.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   09/05/2023                    *[signature]*
               Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____    _____
               Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                     CMV = Commercial vehicle involved in incident